## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:15:CR-00305-ELH** |
| | : | |
| **JESSE ALLEN BURNEY,** | : | |
| | : | |
| **Defendant** | : | |

### CONSENT MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE

Defendant Jesse Allen Burney, through counsel, moves the Court to extend the time for filing a supplemental memorandum in support of defendant's motion for compassionate release until October 24, 2025. In support of this motion, defendant states the following:

1.     Defendant's *pro se* motion for compassionate release (ECF 70) was docketed on June 17, 2025.

2.     On August 8, 2025, the Court appointed undersigned counsel to represent Mr. Burney pursuant to the Criminal Justice Act (ECF 72).

3.     On August 11, 2025, the Court issued a letter order directing that any supplement to the motion for compassionate release be filed by September 25, 2025 (ECF 73).

4.     Counsel has contacted Mr. Burney and the family members referenced in his motion and has forwarded medical records release form to obtain additional information regarding the medical conditions of defendant's mother and sisters. Counsel does not anticipate having the necessary medical records and other information in time to prepare and file a supplemental memorandum by September 25, 2025.

5.      Assistant United States Attorney Ariel Evans, counsel for the United States, consents to the requested extension of time.

Respectfully submitted,

**LERCH, EARLY & BREWER, CHTD.**

/s/ Stuart A. Berman
Stuart A. Berman, Esq. (#08489)
7600 Wisconsin Avenue, Suite 700
Bethesda, Maryland  20814-2930
saberman@lerchearly.com
 (301) 657-0729 | Fax (301) 347-1538

*Attorney for Defendant Jesse Burney*

Dated: September 5, 2025